# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Cable Barnes<br><br>*Defendant* | Case: 1:21-mj-00208<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/8/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph Cable Barnes, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

2021.02.08
14:46:57 -05'00'

Date: 02/08/2021

*Issuing officer's signature*

City and state: Washington, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/08/2021, and the person was arrested on *(date)* 02/10/2021
at *(city and state)* Austin, Texas

Date: 02/10/2021

*Arresting officer's signature*

Jeffrey Doane Task Force Officer
*Printed name and title*