# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 21-CR-192 |
| | : |
| JOSEPH CABLE BARNES, | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S SUGGESTION OF DEATH
## AND MOTION FOR ABATEMENT OF PROSECUTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States now states that, on information and belief, the defendant died on June 12, 2021, in Austin, Texas.

The defendant's death is a basis for abatement of all prosecution proceedings from their inception. *See Durham v. United States*, 401 U.S. 481, 483 (1971).

WHEREFORE, the United States respectfully requests that this prosecution be abated.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: *[signature]*

TROY A. EDWARDS, JR.
Assistant United State Attorney
N.Y. Bar No. 5453741
555 4th Street, N.W.,
Washington, D.C. 20530
Troy.Edwards@usdoj.gov
(202) 252-7081