UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH CABLE BARNES,<br><br>*Defendant*. | Case No. 1:21-cr-192-RCL |

### ORDER

Before the Court is the government's Suggestion of Death and Motion for Abatement of Prosecution. ECF Nos. 21 & 22. Mr. Barnes died on June 12, 2021 in Austin, Texas. *Id.* Death "abates . . . all proceedings had in the prosecution from its inception." *United States v. Pogue*, 19 F.3d 663, 665 (D.C. Cir. 1994) (quoting *Durham v. United States*, 401 U.S. 481, 483 (1971) (per curiam)). Accordingly, the government's motion for abatement is **GRANTED** and the indictment against Mr. Barnes is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Date: 9/9/21

Royce C. Lamberth
United States District Judge